**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-8130**

_____

RAYMOND DARNELL JOHNSON,

             Plaintiff - Appellant,

        v.

DIRECTOR OF VIRGINIA DEPARTMENT OF CORRECTIONS,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Norman K. Moon, Senior
District Judge. (7:12-cv-00152-NKM-RSB)

_____

Submitted: March 26, 2013          Decided:  March 28, 2013

_____

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Raymond Darnell Johnson, Appellant Pro Se.   John Michael
Parsons, Assistant Attorney General, Richmond, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Darnell Johnson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint for failure to state a claim. On appeal, we confine our review to the issues raised in Johnson's brief. See 4th Cir. R. 34(b). Because Johnson does not challenge the basis for the district court's disposition in his informal brief, he has forfeited appellate review of the court's order. Accordingly, we deny Johnson's motion for leave to amend his complaint and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED